AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

United States Courts
Southern District of Texas
FILED
*May 17, 2023*

Nathan Ochsner, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jorge LOPEZ  USC/2004 | ) | Case No.  M-23-0938-M |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 16, 2023__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC § 952 | Knowingly and Intentionally Import a Controlled Substance from Mexico into the United States: to approximately 1.01 Kilograms of crystal methaphetamine, a Schedule II Controlled Substance. |

This criminal complaint is based on these facts:

(See Attachment)

☑ Continued on the attached sheet.

Complaint authorized by: AUSA Matthew Phelps

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr. 4.1, and probable cause found on:

/S/ Obong E. Nsentip
*Complainant's signature*

Obong E. Nsentip, DEA Special Agent
*Printed name and title*

Date: May 17, 2023  7:41 AM

City and state: McAllen, Texas

*Judge's signature*

Nadia S. Medrano, U.S. Magistrate Judge
*Printed name and title*

## Attachment A

On May 16, 2023, Jorge LOPEZ (hereinafter LOPEZ) a US Citizen, entered the United States through the pedestrian lane at Hidalgo Port of Entry in Hidalgo, Texas, from Mexico. During primary inspection LOPEZ stated that he was in Mexico visiting family and that he was traveling back to Hidalgo, Texas. LOPEZ was then referred to secondary inspection.

During secondary inspection, Customs and Border Protection Officers (CBPO) heard a crackling sound while LOPEZ was walking. LOPEZ was then referred for a pat down. During the pat down, CBPO asked LOPEZ if LOPEZ had any weapons or drugs. LOPEZ stated that he had drugs taped to his legs. A search of LOPEZ revealed two clear and black plastic bags containing crystal substances taped to LOPEZ's right and left thighs. A field test of the crystal substances indicated positive for the properties of crystal methamphetamine. The total weight of the substances was 1.01 kilograms of suspected crystal methamphetamine.

Drug Enforcement Administration (DEA) and Homeland Security Investigations (HSI) Agents interviewed LOPEZ. After being read his Miranda Rights, LOPEZ admitted that he has on several occasions smuggled narcotics through the Hidalgo Port of Entry. LOPEZ stated that he was to be paid $500 to smuggle the one (1) kilogram of crystal methamphetamine. Following his confession, LOPEZ was arrested and processed per DEA policies.